UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RUBY JANICE MARRA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:07CV0035 AGF |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

Pursuant to the Memorandum and Order issued herein on this date,

**IT IS HEREBY ORDERED, ADJUDGED**, and **DECREED** that Defendant's motion to dismiss Plaintiff's complaint is **GRANTED**.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 8th day of November, 2007.